**Cleotis JAMERSON, Appellant,**

v.

**RENTAL MANAGEMENT, INC., Appellee.**

No. 05–1536.

United States Court of Appeals, Eighth Circuit.

Submitted: March 7, 2006.

Decided: March 13, 2006.

Robin J. Carroll, Vickery & Carroll, El Dorado, AR, for Plaintiff-Appellant.

Donna Smity Galchus, Danna J. Young, Cross & Gunter, Little Rock, AR, Benjamin Harrison Shipley, III, Cross & Gunter, D. Gina Smith, Arthur Powell Sanders, Sexton & Sanders, Fort Smith, AR, for Defendant-Appellee.

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Cleothis[1] Jamerson appeals the district court's[2] adverse grant of summary judgment in his Title VII employment-discrimination suit. The sole issue on appeal is whether Jamerson was an employee of defendant Rental Management, Inc. or an independent contractor, for purposes of Title VII protection. *See Schwieger v. Farm Bureau Ins. Co. of Neb.*, 207 F.3d 480, 483 (8th Cir.2000) (Title VII protects only employees). Upon de novo review, *see Jenkins v. S. Farm Bureau Cas.*, 307 F.3d 741, 743 (8th Cir.2002), we agree with the district court that the undisputed facts show that Jamerson was an independent contractor. *See Nationwide Mut. Ins. Co. v. Darden*, 503 U.S. 318, 324, 112 S.Ct. 1344, 117 L.Ed.2d 581 (1992) (enumerating factors courts consider in determining employment status); *Lerohl v. Friends of Minn. Sinfonia*, 322 F.3d 486, 488 (8th Cir.2003) (employment status is question of law); *Schwieger v. Farm Bureau Ins. Co. of Neb.*, 207 F.3d 480, 483 (8th Cir. 2000) (discussing *Darden* factors). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. A review of the record indicates appellant's first name is "Cleothis."

2. The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.